UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Kenneth S. Daywitt, et al.,

      Plaintiffs,

                                      ORDER ADOPTING
vs.                              REPORT AND RECOMMENDATION

State of Minnesota, et al.,

      Defendants.                    Civ. No. 14-4526 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    That Defendants' Motion to Dismiss First Amended Complaint, [Docket No. 36], is **DENIED** with respect to Count 2's Section 1983 free exercise claim as alleged against Defendants Jesson, Johnston, and Moser in their official capacities, to the extent Plaintiffs seek injunctive and/or declaratory relief arising from Policy 303.020's suit coat prohibition.

    2.    That Defendants' Motion to Dismiss First Amended Complaint, [Docket No. 36], is **DENIED** with respect to Count 4 as alleged against the State entity Defendants and the individual Defendants in their official capacities, to the extent Plaintiffs seek injunctive and/or declaratory relief arising from Policy 303.020's suit coat prohibition.

3.  That Defendants' Motion to Dismiss First Amended Complaint, [Docket No. 36], is **GRANTED** in all other respects.

DATED: July 6, 2015                              s/Michael J. Davis
At Minneapolis, Minnesota                        Michael J. Davis
                                                 United States District Court